UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENJAMIN DAVID
SONDERSCHAFFER,

    Defendant.
_____/

HON. R. ALLAN EDGAR

Case No. 2:11-cr-24-03

**ORDER OF DETENTION**

In accordance with the detention hearing conducted before the undersigned on August 26, 2011, and for the reasons stated on the record, IT IS HEREBY ORDERED that the defendant's bond shall be revoked and he shall be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be permitted to attend and participate in AA and/or NA sessions while incarcerated at the Marquette County Jail.

Date:  August 26, 2011

  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge